**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No.: 4:11-cv-01050-SOW |
| vs. ) | |
| ) | |
| K & C BUDGET LOT, L.L.C., ) | **JURY TRIAL DEMANDED** |
| ) | |
| and ) | |
| ) | |
| RACHELLE MARTINEZ, individually and as ) | |
| Class Representative, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having resolved the dispute giving rise to this action, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice, with all parties to bear their own costs.

Respectfully submitted,

BROWN & JAMES, P.C.

/s/ Patrick A. Bousquet
Russell F. Watters, MO25758
Patrick A. Bousquet, MO57729
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri 63101-2501
314-421-3400
314-421-3128 – FAX
rwatters@bjpc.com
pbousquet@bjpc.com
*Attorneys for Plaintiff*
*Owners Insurance Company*

1

/s/ Fred Slough
Dale Irwin, MO24928
Fred Slough, MO23915
Sough, Connealy, Irwin & Madden, L.L.C.
1627 Main Street, Suite 900
Kansas City, MO 64108

Joseph M. Backer, MO37550
The Backer Law Firm, LLC
14801 East 42nd Street S, Suite 100
Independence, MO 64055
*Attorneys for Rachelle Martinez*

/s/ Wm. Clayton Crawford
Wm. Clayton Crawford, MO41619
Christopher J. Zarda, MO60111
Foland, Wickens, Eisfelder,
Roper & Hofer, P.C.
Commerce Tower
911 Main Street, 30th Floor
Kansas City, MO 64105
*Attorneys for K&C Budget Lot, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing upon all counsel of record.

/s/ Patrick A. Bousquet